BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

FCA US LLC "ROLLAWAY"
LITIGATION

MDL Docket No._____

MOTION OF PLAINTIFF TIMOTHY WEBER
FOR CENTRALIZATION OF RELATED ACTIONS
IN THE EASTERN DISTRICT OF MICHIGAN PURSUANT TO 28 U.S.C. § 1407

Pursuant to 28 U.S.C. § 1407 and Rule 6.2(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff Timothy Weber ("Plaintiff") hereby moves this Panel to: (1) establish an MDL proceeding to centralize and coordinate the pending federal cases challenging FCA US LLC's ("FCA") allegedly fraudulent and deceptive acts and omissions in failing to disclose and remedy a dangerous gearshift defect in at least 811,586 vehicles sold in the United States; and (2) transfer the actions to the Eastern District of Michigan-Southern Division, where his case is currently pending before the Honorable Mark A. Goldsmith.

1.  Centralization in the Eastern District of Michigan is supported by: (1) the common questions of fact among the pending proposed class actions which assert overlapping claims on behalf of overlapping nationwide classes; (2) the efficiencies gained through centralized discovery and motion practice; and (3) the alleviation of the risk of inconsistent pretrial rulings and overlapping class determinations.

2.  The Eastern District of Michigan is the ideal forum for centralization because the sole defendant in the related actions, FCA, is headquartered in the Eastern District of Michigan, critical documents and witnesses are located within the district, and the district has the expertise

and favorable caseload to conduct efficient and just pretrial proceedings. Importantly, the Eastern District of Michigan currently has a limited number of pending multi-district litigations (three), with none pending before Judge Goldsmith, and will be able to devote the resources necessary to manage this complex litigation.

WHEREFORE, for the reasons more fully set forth in the accompanying memorandum, Plaintiff respectfully requests that the actions listed on the Schedule of Actions, attached as Exhibit A to the Memorandum in Support of Motion of Plaintiff Timothy Weber for Centralization of Related Actions in the Eastern District of Michigan Pursuant to 28 U.S.C. § 1407, and any actions yet to be filed or potential tag-along actions, be transferred for coordinated or consolidated pretrial proceedings to the Eastern District of Michigan-Southern Division.

Dated: August 5, 2016                                 Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

/s/ *Joseph H. Meltzer*
Joseph H. Meltzer
Peter A. Muhic
Melissa L. Troutner
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
pmuhic@ktmc.com
mtroutner@ktmc.com

**THE MILLER LAW FIRM, P.C.**
E. Powell Miller
Sharon S. Almonrode
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852

epm@millerlawpc.com
ssa@millerlawpc.com

***Counsel for Plaintiff in the
Weber v. FCA US LLC Action,***
E.D. Michigan, No. 16-cv-12574-MAG-DRG

3